IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

CHARLES MORGAN

      Plaintiff

v.                                       CASE NO.: 4:21-cv-59

TOWN OF GEORGETOWN
GEORGETOWN TOWN COUNCIL
GEORGETOWN PUBLIC SAFETY BOARD
COUNCILMAN CHRIS LOOP
COUNCILWOMAN KATHY HALLER
COUNCILMAN BEN STOCKSDALE
COUNCILMAN GARY SMITH
COUNCILMAN BILLY HALLER
JOSHUA CAVANAUGH (FORMER COUNCILMAN)
EVERRETT PULLEN (FORMER COUNCILMAN)
AND
KRISTI FOX (AGENT, TOWN OF GEORGETOWN)
(COLLECTIVELY, "TOWN OF GEORGETOWN")

      Defendants

---

## NOTICE OF REMOVAL

---

The Defendant, Former Councilman Everrett Pullen, by counsel, hereby files his Notice

of Removal of the above-referenced action from the Floyd Circuit Court, State of Indiana, Cause

No. 22C01-2102-CT-000274, to the United States District Court for the Southern District of

Indiana, New Albany Division, pursuant to 28 U.S.C. §1441 *et. seq.* The grounds for removal

are as follows:

1.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331

(federal question jurisdiction) in that the allegations set forth in the Plaintiffs' Complaint assert

claims pursuant to 42 U.S.C. §1983 for monetary relief for deprivations of rights protected by the

United States Constitution and that the Defendants allegedly violated Plaintiff's Fourteenth Amendment rights. (Plaintiff's Complaint, pg. 2.)

2. The allegations of the Plaintiff's Complaint are that at a Special Meeting on September 11, 2019, the Georgetown Town Council unanimously voted to place Plaintiff on paid administrative leave from his law enforcement position with the Town of Georgetown Police Department, pending the outcome of an investigation into Plaintiff's alleged misconduct. (Plaintiff's Complaint, pg. 2, pg. 4 (¶ 13).) Plaintiff further alleges thereafter various Defendants made comments to various news outlets consistent with the decision to place Plaintiff on paid administrative leave pending the outcome of the investigation. (Plaintiff's Complaint, pg. 5 (¶¶ 15-22).) Plaintiff further alleges that during his paid administrative leave and pendency of the investigation that he was never notified of the allegations against him and that he was interviewed by the Indiana State Police as part of the investigation without being provided a "Statement of Rights" prior to the interview. *Id*.

3. Plaintiff alleges the decision to place him on temporary administrative leave, the subsequent investigations in the allegations of misconduct, and the public statements made in regard to the same constitute violations of (and conspiracy to commit violations of) the civil rights afforded to him by the Fourteenth Amendment of the United States Constitution.

4. Plaintiff seeks to recover compensatory, special and punitive damages, attorneys' fees and costs, as well as a declaratory judgment that I.C. § 36-8-2.1 and Georgetown Ordinance G-96-16 created a protected class of persons with whom have been created certain civil rights and that non-compliance with said provisions are *per se* civil rights violations. (Plaintiff's Complaint, pg. 15-16 (¶¶ A-N).)

5. Removal of this Civil Action to the United States District Court for the Southern District of Indiana, New Albany Division, is proper pursuant to 28 U.S.C. §1441(a) since this

Court has original jurisdiction and the Floyd Circuit Court is located in the New Albany Division of the United States District Court for the Southern District of Indiana.

6. This Defendant received Notice of this lawsuit through service by certified mail on March 22, 2021.Therefore, removal of this action is timely pursuant to 28 U.S.C. §1446(b).

7. As is required by 28 U.S.C. §1446(a), the Defendant has attached hereto the State Court Complaint (**Exhibit 1**) and all of the State Court pleadings of record (**Exhibit 2**) that have been filed in this matter which consist of:

(a) Floyd County Docket Sheet – Case No. 22C01-2102-CT-00274

(b) Summons to Defendant, Town of Georgetown

(c) Summons to Defendant, Georgetown Town Council

(d) Summons to Defendant, Public Safety Board

(e) Summons to Defendant, Councilman Chris Loop

(f) Summons to Defendant, Councilwoman Kathy Haller

(g) Summons to Defendant, Councilman Ben Stocksdale

(h) Summons to Defendant, Councilman Gary Smith

(i) Summons to Defendant, Councilman Billy Haller

(j) Summons to Defendant, Former Councilman Joshua Cavanaugh

(k) Summons to Defendant, Former Councilman Everrett Pullen

(l) Summons to Defendant, Kristi Fox

(m) Plaintiff's Complaint

(n) Appearance of Counsel, Dustin White, for the Plaintiff

(o) Appearance of Counsel, Jeffrey Lowe, for the Defendants

(p) Defendants' Motion for Enlargement of Time to File Answer and/or Other Responsive Pleading to Plaintiff's' Complaint

(q)   Order Granting Defendants' Motion for Enlargement of Time to File Answer and/or Other Responsive Pleading to Plaintiff's Complaint

WHEREFORE, the Defendant, Everrett Pullen respectfully petitions the Court to accept jurisdiction of this action in accordance with the foregoing statutory provisions, order that this case proceed in this Court as an action properly removed to it, to assign a cause number for this action, and for all other just and proper relief in the premises.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:   /s/ *R. Jeffrey Lowe*
R. Jeffrey Lowe, Atty ID. #21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN  47150
Phone: (812) 949-2300
Fax: (812) 949-8556
jlowe@k-glaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2021, a copy of the foregoing Notice of Removal was served, either electronically or by First-Class Mail, postage prepaid, on the parties listed below and electronically filed with the Court through the Court's e-file system:

Dustin T. White
224 East Court Avenue
Jeffersonville, IN  47130
wlawpractice@aol.com
*Counsel for Plaintiff*

s/ R. Jeffrey Lowe
R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP